UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM CRUZ,

                        Plaintiff,

    - against -

UNITED STATES OF AMERICA and
THE FEDERAL BUREAU OF INVESTIGATION,

                        Defendants.
------------------------------------------------------------X

**COMPLAINT**
Civil Action No.:

Plaintiff, by his attorney, ERIC H. GREEN, ESQ., as and for his complaint, herein alleges the following upon information and belief:

### ALLEGATIONS OF JURISDICTION & VENUE

1. That jurisdiction of this Court as to the claims hereinafter alleged against the defendants is founded upon title 28 U.S.C. 2674, et seq., commonly known as the Federal Tort Claims Act.

2. That the agency complained of herein has a principal place of business within the jurisdiction of this Court.

3. That the incident out of which this lawsuit arises occurred within the jurisdiction of this Court.

### GENERAL ALLEGATIONS

4. That, **THE FEDERAL BUREAU OF INVESTIGATION**, is an agency and instrumentality of the defendant, **UNITED STATES OF AMERICA** and is authorized and required by law to furnish certain services and is operated and controlled by the defendant.

5. That heretofore and on the 4th day of November 2022, notice of this claim was duly served upon the defendant on behalf of the within plaintiff by service of Standard Form 95 on its agent designated for receipt of same within two (2) years after plaintiff's cause of action accrued.

6. That the defendants have refused to pay, settle, compromise or adjust the claim of the plaintiff herein, in a manner satisfactory to the plaintiff.

7. That the plaintiff has duly complied with all of the conditions precedent to the commencement of this action.

8. That at all times herein mentioned, defendant, **UNITED STATES OF AMERICA**, was the owner of a motor vehicle involved in an accident on February 16, 2022.

9. That at all times herein mentioned, defendant, **THE FEDERAL BUREAU OF INVESTIGATION**, was the owner of a motor vehicle involved in an accident on February 16, 2022.

10. That at all times hereinafter mentioned, the defendant **UNITED STATES OF AMERICA** leased a motor vehicle bearing license plate number GAB2221, New York.

11. That at all times hereinafter mentioned, the defendant **THE FEDERAL BUREAU OF INVESTIGATION** leased a motor vehicle bearing license plate number GAB2221, New York.

12. Upon information and belief, that all times herein mentioned, defendant **UNITED STATES OF AMERICA** leased a motor vehicle involved in an accident on February 16, 2022.

13. Upon information and belief, that all times herein mentioned, defendant **THE FEDERAL BUREAU OF INVESTIGATION** leased a motor vehicle involved in an accident on February 16, 2022.

14. Upon information and belief, that all times herein mentioned, **CALLIE TALLLON,** was the operator of the motor vehicle bearing license plate number GAB2221, New York.

15. Upon information and belief that at all times herein mentioned, **CALLIE TALLLON,** was the operator of a motor involved in an accident on February 16, 2022.

16. Upon information and belief, that all times herein mentioned, **CALLIE TALLLON** was in physical charge, operation, management and control of the aforesaid motor vehicle owned by the defendant **UNITED STATES OF AMERICA** with the knowledge, consent, and permission, either express of implied, of the defendant.

17. Upon information and belief, that all times herein mentioned, **CALLIE TALLLON** was in physical charge, operation, management and control of the aforesaid motor vehicle owned by the defendant **THE FEDERAL BUREAU OF INVESTIGATION** with the knowledge, consent, and permission, either express of implied, of the defendant.

18. Upon information and belief, that all times herein mentioned, **CALLIE TALLLON** was in physical charge, operation, management and control of the aforesaid motor vehicle leased by the defendant **UNITED STATES OF AMERICA** with the knowledge, consent, and permission, either express of implied, of the defendant.

19. Upon information and belief, that all times herein mentioned, **CALLIE TALLLON** was in physical charge, operation, management and control of the aforesaid motor vehicle leased by the defendant **THE FEDERAL BUREAU OF INVESTIGATION** with the knowledge, consent, and permission, either express of implied, of the defendant.

20. That at all times herein mentioned **CALLIE TALLLON** was employed by **UNITED STATES OF AMERICA** and was in the course of his employment.

21. That at all times herein mentioned **CALLIE TALLLON** was employed by **THE FEDERAL BUREAU OF INVESTIGATION** and was in the course of his employment.

22. That at all times herein mentioned, plaintiff, **WILLIAM CRUZ,** was the operator of a bus bearing registration number 49380BB, New York.

23. That on the 16th day of February 2022 at approximately 8:20 A.M., the aforesaid vehicles came into contact with each other on 12th Avenue, at or near its intersection with West 34th Street, both public streets and thoroughfares, in the County, City and State of New York.

24. That defendants through their agents, servants, and/or employees so carelessly and negligently operated and maintained the aforesaid motor vehicle so as to cause the aforesaid contact.

25. That as a result of the foregoing, the plaintiff **WILLIAM CRUZ** was caused to and did sustain severe and serious injuries and was required to seek and obtain medical care and attention in an effort to cure and alleviate same, and, upon, information and belief, will be compelled to do so in the future.

26. That the aforesaid occurrence and the injuries sustained by the plaintiff **WILLIAM CRUZ** were caused wholly and solely by the negligence of the defendants.

27. That the action falls within one or more of the exceptions set forth in Section 1602 of the State of New York CPLR.

28. That the plaintiff has sustained a serious injury as the same is defined in Subdivision "d" of Section 5102 of the Insurance Law of the State of New York.

29. That as a result of the foregoing, this plaintiff has been damaged in the sum of ONE MILLION EIGHT HUNDRED THOUSAND and 00/100 ($1,800,000.00) DOLLARS.

**WHEREFORE**, plaintiff, **WILLIAM CRUZ**, demands judgment against the defendants in the sum of ONE MILLION EIGHT HUNDRED THOUSAND and 00/100 ($1,800,000.00) DOLLARS, together with the costs and disbursements of this action.

Dated: New York, New York
February 1, 2024

ERIC H. GREEN, ESQ.
Attorney for the Plaintiff

By: ERIC H. GREEN, ESQ.
Post Office Address
295 Madison Avenue
New York, New York 10017
(212) 532-2450

/kl

## ATTORNEY'S VERIFICATION

I, the undersigned, am an attorney admitted to practice in the Courts of New York State, and say that:

I am the attorney of record, or of counsel with the attorney(s) of record for plaintiff(s).

I have read the annexed Complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge is based upon the following:

Interviews and/or discussions with the plaintiff and papers and/or documents in the file.

The reason I make this affirmation instead of plaintiff is because said plaintiff resides outside of the county from where your deponent maintains his office for the practice of law.

Dated: February 2, 2024
      New York, New York

                              ERIC H. GREEN, ESQ.
                              Attorney for the Plaintiff

                              By: ERIC H. GREEN, ESQ.
                              Post Office Address
                              295 Madison Avenue, 16th Floor
                              New York, New York 10017
                              (212) 532-2450

Civil Action No.:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM CRUZ,

                            Plaintiff,

   -against-

UNITED STATES OF AMERICA and
THE FEDERAL BUREAU OF INVESTIGATION

                            Defendant.

## SUMMONS IN A CIVIL ACTION AND COMPLAINT

### ERIC H. GREEN
*Attorney for Plaintiff(s)*
295 Madison Avenue
New York, New York, 10017
(212) 532-2450

Pursuant to 22 NYCR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous

Signature.....................................................................
                    Print Signers

Service of a copy of the within                             is hereby admitted

Dated:

                            .....................................................................
                            Attorney(s) for

**PLEASE TAKE NOTICE**
Notice of Entry
that the within is a (certified) true copy of a                 entered in the office of
                                                                            the clerk

of the within named Court on

Dated:                                             **ERIC H. GREEN, Esq.**
                                            Attorneys for Plaintiff(s)
                                            295 Madison Avenue,16th floor
                                            New York, New York 10017
                                            (212) 532-2450