

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 17, 2024

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Cruz v. United States of America, et al.*, No. 24 Civ. 817 (PAE)

Dear Judge Engelmayer:

      This Office represents the United States of America (the "United States") and the Federal Bureau of Investigation (the "FBI" and together with the United States, the "Government") in the above-referenced action brought by plaintiff William Cruz ("Plaintiff") pursuant to the Federal Torts Claims Act. We write to respectfully request an adjournment of the initial pretrial conference currently scheduled for July 17, 2024 at 11:00 a.m. *See* ECF No. 11.

      I am the Assistant United States Attorney assigned to handle this matter and I have a previously scheduled telephone conference in another matter at the same time. Accordingly, the Government respectfully requests that the initial pretrial conference be adjourned to July 23, 2024, July 24, 2024, or to a later date convenient to the Court.

      Plaintiff consents to this request and is also available on the above-referenced dates. This is the Government's first request for an adjournment of the conference.

      We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    */s/ Rebecca L. Salk*
REBECCA L. SALK
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
Email: Rebecca.Salk@usdoj.gov

The Court has a trial scheduled for the week of July 22. As such, the Court hereby reschedules the telephonic initial pre-trial conference to July 31, 2024 at 3 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
June 20, 2024