UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM CRUZ,

                              Plaintiff,

         -v-

UNITED STATES OF AMERICA and FEDERAL
BUREAU OF INVESTIGATION,

                             Defendants.

24 Civ. 817 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case management conference remains scheduled for Wednesday, February 19, 2025 at 10:00 a.m. This conference will be held telephonically. **The Court's dedicated conference line has changed to (855) 244 8681, Access Code 2318-315-0661, followed by the pound (#) key.**

SO ORDERED.

                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: February 18, 2025
         New York, New York