UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM CRUZ,

                        Plaintiff,

       -v-

UNITED STATES OF AMERICA and FEDERAL
BUREAU OF INVESTIGATION,

                        Defendants.

24 Civ. 817 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      At today's conference, the Court scheduled a case management conference for April 10, 2025 at 3 p.m. Any party wishing to move for summary judgment is directed to, no later than April 1, 2025, file a pre-motion letter in accordance with the Court's Individual Rules and Practices in order to request that the Court treat the conference as a pre-motion conference. Responses to any pre-motion letters are due by April 8, 2025.

SO ORDERED.

                                                                 Paul A. Engelmayer
                                                                 United States District Judge

Dated: February 19, 2025
         New York, New York

1