UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM CRUZ,

                                    Plaintiff,                    24 Civ. 817 (PAE)

                    -v-
                                                                 ORDER
UNITED STATES OF AMERICA & FEDERAL BUREAU
OF INVESTIGATION,

                                    Defendants.

PAUL A. ENGELMAYER, District Judge:

A case management conference is scheduled for April 10, 2025 at 3:00 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

On April 1, 2025, plaintiff filed a pre-motion letter indicating he wishes to move for summary judgment, in accordance with Rule 3.H of the Court's Individual Rules. Dkt. 25. Accordingly, defendants' response is due April 8, 2025.

        SO ORDERED.

                                            Paul A. Engelmayer
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 3, 2025
        New York, New York